B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Barbara A. Horkan, Debtor(s)

Case No.
Chapter: 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Quickn Loans | **Describe Property Securing Debt:** Location: 1039 Pawgrove Court, White Lake MI 48383 |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** Ally Financial | **Describe Leased Property:** 2013 SRX Cadillac Acct# 611919925414 Opened 9/01/13 Lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ■ YES  ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: July 16, 2015

Signature: /s/ Barbara A. Horkan
Barbara A. Horkan
Debtor